*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re:                                              Chapter: 13
    John J. Moke and Jeannine M. Moke
               Debtor(s)           Bankruptcy No: 09−11176−sr

***O R D E R***

AND NOW, this 23rd day of February, 2009 , the debtor having failed to file or submit with the petition all of the documents required by Fed. R. Bankr. P. 1007,

And the following documents are missing

> Certification Concerning Credit Counseling and/or Certificate of Credit Counseling due 02/27/2009. Matrix List of Creditors due 02/27/2009. Atty Disclosure Statement due 03/7/2009. Chapter 13 Plan due by 03/7/2009. Statement of Current Monthly Income due 03/7/2009. Schedules A−J due 03/7/2009. Statement of Financial Affairs due 03/7/2009. Summary of schedules due 03/7/2009. Statistical Summary of Certain Liabilities due 03/7/2009

It is hereby ORDERED that, if the debtor has not filed the Matrix List of Creditors (as required by L.B.R. 1007−2) or the Certificate of Credit Counseling or a Request for a Waiver from the Credit Counseling Requirement, then those documents are due within 7 days of the filing of the petition or else this case may be dismissed without additional notice or hearing after that date.

It is further ORDERED that all other missing documents are due within 15 days of the date of the filing of the petition, unless an extension for cause, sought prior to the expiration of 15 days, is granted. If not, this case may be dismissed without additional notice or hearing after 3/7/09 .

                          By the Court

                          Stephen Raslavich
                          Chief Judge , United States Bankruptcy Court