IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                  :
                                        :
JOHN J. MOKE JR.  and                   :     BK NO. 09-11176-SR
JEANNINE M. MOKE                        :
                                        :
     DEBTORS                            :     CHAPTER 13

### ORDER REGARDING DISMISSAL OF CHAPTER 13 CASE , SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES

AND NOW, in consideration fo the Motion to Dismiss this case the Standing Trustee ( "Trustee"), and after notice and hearing, it is hereby ORDERED that:

1. The Chapter 13 case is hereby dismissed.

2. Counsel for Debtor shall file a master mailing list with the Clerk of Court if such has not been previously filed.

3. Any Wage Orders are vacated.

4. Pursuant to 11 U.S.C. section 349(b)(3), the undistributed Chapter 13 plan payments in possession of the Trustee shall not revest in the entity in which such property was invested immediately before commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. 349(b)(3).

5. All applications for allowances of administrative expenses ( including allowance of professional fees ) shall be filed within twenty (20) days of this Order.

6. Counsel for Debtor shall serve this Order by first class mail, postage prepaid, on all interested parties within five ( 5 ) days of the entry of this Order. Counsel shall file a certification of service confirming that such service has been effected within fifteen ( 15 ) days of the entry of this Order.

Dated: 10-21-09

_____
United States Bankruptcy Judge