```
            IN THE UNITED STATES BANKRUPTCY COURT
            FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                              :
                                    :
JOHN J. MOKE JR.  and               :    BK NO. 09-11176-SR
JEANNINE M. MOKE                    :
                                    :
     DEBTORS                        :    CHAPTER 13
```

## CERTIFICATE OF SERVICE

Michael D Ward certifies that he is the attorney for the Debtors referred to above and that on the below listed date, served a true and correct copy of the Order for Dismissal by either U.S. First Class Mail or ECF email on October 23, 2009

/S/Michael D. Ward

Dated:    October 23, 2009        _____

Michael D. Ward

09-11176

American Express

2965 West Corporate Lakes BLVD.

Weston, FL  33331-3626

Chase Home Finance Llc

3415 Vision Dr

Columbus, OH  43219

Colonial Electric Supply Company, Inc.

201 W Church Rd

King Of Prussia, PA  19406

Discover

PO BOX 30943

Salt Lake City, UT  84130-0943

GMAC

PO Box 380902

Bloomington, MN  55438-0902

GMAC Mortgage

3451 Hammond Ave

Waterloo, IA  50704

Interstate Net Bank

457 Haddonfield Rd, Ste 100

Cherry Hill, NJ  08002

IRS

Special Proceedures Unit

Philadelphia, PA  19106

M & T Credit Services Llc

1 Fountain Plaza

Buffalo, NY  14203

KRISTOFER B. CHIESA

Cureton Clark P.C.

3000 Midlantic Drive

Suite 200

Mt. Laurel, NJ 08054


DENISE A. KUHN

Office of Attorney General

21 S. 12th St.

3rd Fl.

Philadelphia, PA 19107


POLLY A. LANGDON

Frederick L. Reigle, Esq.

2901 St. Lawrence Avenue

P.O. Box 4010

Reading, PA 19606


LEONA MOGAVERO

Klehr Harrison Harvey Branzburg & Ellers

260 S. Broad Street

Philadelphia, PA 19102

PETER J. MULCAHY

Phelan Hallinan & Schmieg, LLP

1617 JFK Blvd.

Ste 1400

Philadelphia, PA 19103


FREDERICK L. REIGLE

Chapter 13 Trustee

2901 St. Lawrence Ave.

P.O. Box 4010

Reading, PA 19606


United States Trustee

Office of the U.S. Trustee

833 Chestnut Street

Suite 500

Philadelphia, PA 19107


Recovery Management Systems Corporation

For GE Money Bank

dba OLD NAVY VISA CARD

25 SE 2nd Ave Ste 1120

Miami FL 33131

Department of Treasury

Internal Revenue Service

600 Arch St Room 5200

Phila Pa 19106