IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                    :
                                          :
JOHN J. MOKE JR.   and                    :   BK NO. 09-11176-SR
JEANNINE M. MOKE                          :
                                          :
   DEBTORS                                :   CHAPTER 13

### ORDER APPROVING LEGAL FEE

AND NOW, this 28th day of Oct 2009, upon consideration of the within application filed by Michael D Ward, Esquire, the Court finds that the fee for representing the above-named Debtor(s), is reasonable in light of the services performed by Counsel, and it is therefore:

ORDERED and DECREED, as follows:

1)   Debtors' counsel's fee of $3,500.00 and costs of $324.00, for a total of $3,824.00 is hereby approved; and

2)   Payment of $2,824.00 to the undersigned counsel for the Debtors in the Debtor(s)' Chapter 13 Plan is hereby approved.

By the Court:

_____
United States Bankruptcy Judge

CHIEF JUDGE STEPHEN RASLAVICH